IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| DANNY CARLSON,<br><br>        Plaintiff,<br><br>v.<br><br>CARRINGTON SQUARE LLC et al.,<br><br>        Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:22-cv-00372-RJS-DBP<br><br>Chief Judge Robert J. Shelby<br><br>Chief Magistrate Judge Dustin B. Pead |

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of Defendants.

SO ORDERED this 4th day of April, 2025.

BY THE COURT:

ROBERT J. SHELBY
United States Chief District Judge