Amanda S. Reynolds, Esq. (#17393)
Attorney for Plaintiff, *Pro Bono*
3 Harvard Drive
Woodbury, New York 11797
(516) 426-8783
AmandaSReynolds@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANNY CARLSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRINGTON SQUARE, LLC, FOURSITE PROPERTY MANAGEMENT, BACH HOME, LLC, THE LAW OFFICES OF KIRK A. CULLIMORE, KIRK A. CULLIMORE, an individual, DAVID R. TODD, an individual, and DEFENDANTS XYZ CORP,<br><br>Defendants. | **NOTICE OF APPEAL**<br><br>Case No.: 2:22-cv-00372<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Dustin B. Pead |

Plaintiff, Danny Carlson, by and through *pro bono* counsel, hereby files this Notice of Appeal of Judge Robert Shelby's April 4, 2025 JUDGMENT entered in favor of Defendants in its entirety.

Dated: April 10, 2025
Woodbury, New York

Sincerely.

/s/ *Amanda S. Reynolds*
Amanda S. Reynolds, Esq.
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I, Amanda S. Reynolds, Esq., hereby swear and affirm that I filed and then served the foregoing document on parties' counsel for all parties on April 4, 2025 by CMF and via email to their last known email addresses.

Dated:  April 10, 2025
Woodbury, New York

                                              Sincerely.
                                              /s/*Amanda S. Reynolds*
                                              Amanda S. Reynolds, Esq.
                                              Attorney for Plaintiff